# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **GREGORY STRAUGHTER,** § § § **Plaintiff,** § § **v.** § § **ATHENS TEXAS HENDERSON** § **COUNTY JAIL, BOTIE HILLHOUSE,** § **SHERIFF; MICHAEL STARKEY,** § **CAPTAIN; BRYAN TOWER, MAJOR;** § **AND FNU BLAKE, MEDICAL** **SUPERVISOR;** **Defendants.** | **CIVIL ACTION NO. 6:17-CV-00041-RC** |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Plaintiff Gregory Straughter initiated this civil action on January 19, 2017. The case was referred to United States Magistrate Judge John D. Love, who issued a Report and Recommendation recommending that the case be dismissed for failure to obey a court order and failure to prosecute. (Doc. No. 7.) The Report and Recommendation was sent to Plaintiff at his address of record and returned as undeliverable and unable to forward. (Doc. No. 8.) Plaintiff has not updated his address with the Court. Plaintiff has not filed any objections to the Report and Recommendation.

Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly **ORDERED** that the complaint is hereby **DISMISSED WITHOUT PREJUDICE**. It is further **ORDERED** that any motion not previously ruled on is **DENIED**.

So **ORDERED** and **SIGNED** February 2, 2019.